384 A.2d 1006

Whitaker v. Walsh, Appellant.

Argued November 21, 1977.   Anthony J. Martin, with him Martin and Finnegan, for appellant;   John S. Posavatz, for appellee.

Order affirmed.